UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| CHAD PARSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>G. SCOTT COLVIN, et al.,<br><br>    Defendants. | Civil Action No. 5: 23-253-KKC<br><br><br><br>**JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. Chad Parsley's complaint [R. 1] is **DISMISSED**.

2. This is a **FINAL** and **APPEALABLE** Order.

Entered: September 11, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY